United States District Court Northern District

219 South Dearborn Street, Chicago IL 60604

Reginald Smith A.K.A Mr Shahid Montana JR.
--- Plaintiff ---

--- VS ---

1# National Alliance Against Racist Political Repression

2# Mr Ted Pearson and the Insurance Company that Insurance Them

--- Defendants ---

I'm not dismissing not one defendant, and there are federal charges Conspiracy conspiring Fraud and I'm requesting the Insurance Name.

13-cv-1702
Judge Rebecca R. Pallmeyer
Magistrate Judge Mary M. Rowland

Case #
# 1983 Civil Right Law suit Complaint

Full name
A Plaintiff Reginald Smith A.K.A Shahid Montana JR
# 83733   P/O Box 99
Pontiac IL 61764

**RECEIVED**

MAR 0 5 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant # 1. Mr Ted Pearson.
current Job. Political Against Racist Repression Asst.
1325 S. Wabash Ave  Suite 105 CHI IL 60605

Defendant # 2 The Insurance Company that Issue Them

Joliet

I'm suing Cook defendant for 2 Million dollars a piece and I want every tax out of mind to im put in jail and not given out I defendant a copying Bat I'm suffer now. Nothing else to talk about

Tury Demond (yes) yes

Sgt R Smith #83733
Signature

| Smith R | I.D. |
| --- | --- |
| | 83733 |
| P/O Box 99 Ponoke Ill 61764 | Telephone # 815-3xxx |

Current Cases   Northern District   Reopening   12c
                                                CASE# -7474
Appealing      1. Reginold Smith v Fredric Beirm   13c
Both Cases     2. Reginold Smith v Derse Bukulis   0370

16. Central District
    1.  Smith vs Quinn 113 01131
    2.  Smith vs I.DOC 113 01132
    3.  Smith vs Ill Department of Corr 01529
    4.  Smith vs Department of Corr 01049
    5.  Smith v Shacc 01053
    6.  Smith v Pfister 01031
    7.  Smith v Pfister 01001
    8.  Smith v Pfister 01336
    9.  Smith v Rees 01003
    10. Smith v Godinec 1004
    11. Smith v Godinec 01004
    12. Smith v Wexford Health Sources 01179
    13. Smith v Wexford Health Sources 01008
    14. Smith v Wexford Health Sources 01585
    15. Smith v Pontiac Law Library 01076
    16. Smith v Blacknel 01013

Southern District
    1. Smith vs Wexford Health Sources 00388
    2. Smith vs Godinec 00831
    3. Smith vs Quinn 01370
    4. Smith vs Funk 00062
    5. Smith vs Kriegh 01283

These Are 1 law firm
people up town
law center
Second John Howard

third National Alliance
against Racist
Political repression
to Help
prisoners

this outside
I.D. of
Difference procedure

I'm Sueing Federal Court for 500 Zillion Dollars for These 3 Judges Here Violating The Law as appointed Judges. I want Every American dollar from Federal Court, I don't play know games and These 3 Judges Has Read what they saw and In The Bible it states Money Can Be The Root of All Evil. in the New Testament 1 Timothy Chapter 6, V-10 And These 3 Judges Should Be remove from The Federal Court Benches Charge & Prosecuted on Corruption.

Jury Demand Yes No ?s

Sign By Mr. Shakiel Montame R. AKA R. Smith.

Just Like it say in The Good Book. God Can't Be Bribe,, I'm Not God, But I Cant Be Bribe Neither. Peace & Love. President of Presidents Son of Son's Famous Rev.

| Shakiel Montame R. Smith | ID # 83733 |
|---|---|
| P.O. Box 99 Pontiac Ill 61764 | Phone # 815 842-5018 |

3. Statement of Facts

Statement of Facts under United States Federal oath & perjury.

#1 Before I Start this Statement I thank the Almighty God Allah for giving me the strength and peace and to Realize the wickyness and wrong doing in these people that a spousl and showing Discrimination and Conspiracy & Conspiring against me a prisoner offender thats In the Illinois Department of Correction. Now in 2010 I was In Menard Corr Center. I'm still suffering From the same symptoms in my Urinlogical System any way I wrote ted Pearson a Letter. Like three weeks later I get a in the mail. Questionare I filled it out and sent it back to them. I never heard Any thing from them. Month went By I wrote them again Never getting a Respond- going through my every pair suffering I stayed in prayer. I was Torture in Menard By two Med Tecs and 1 Doctor giving false Medication By these unfit Doctors. I was use as A Lob Rat. Now I was Transfer to Pontiac from Menard. ON 1/3/13 send itr on my Legal Card I Receive a Letter and Questions to fill out And return to People up town Law center. Now the thing is this people up town law center said they Receive a Letter from National Alliance About me In my Health Issued. I fill it out and return it I havent Heard nothing from them to get to the Main Invent they Are Both in Yought and Error they Useing People and they Are Scheming together and I see Right through there wrong and Must Pay and I'm not playing not 1 game which I dont play games. I play For keeps.

# UNITED STATES DISTRICT COURT
for the

_Smith Reginald Archie Montana JR_
_____
Plaintiff/Petitioner
)
)
) Civil Action No. _____
_Pontiac Randy P. Pfister - Mock_ )
_____ )
Defendant/Respondent _Fences_ )
_Jair L. Bary_

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _Pontiac Correctional_
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _0_ , and my take-home pay or wages are: $ _0_ per
(specify pay period) _0_

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☒ No
(e) Gifts, or inheritances                             ☒ Yes    ☐ No
(f) Any other sources                                  ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

My Aunt Elena White Left me and my Brother A Building She Died 2004 I was here in 151 cell when I got the Bad News she Died. I Dont Know if the Building still in my Name you can Notify V. Smith 827-3752

#1 I'm not taking know settlement

#2 I requesting 100 Trillion dollar from National Alliance and they Insurance company who Insure them I'm suing them for 100 Trillion Dollar.

and I want Every dime of Mind dont use ME Like the Bible say money can Be the Root of all Evil and greed can Be a person Biggest down. I feel Like The Bible say Christ Jesus for those who despitefully use you I'm not Jesus, I'm not the Bible.

I represent Allah.. thats my God. I Represent The Royal Sayol Montana Family.

And I represent President of Presidents Don of Don King James

Jury Demand YES.

FEB 26/13
DATED

Shuhid Montana JR 10-17-69
Smith Regin L
Female

| Shuhid Montana JR | N83733 |
| P/O Box 99 Pontiac ILL 61764 | 815-842-2812 |

I'm Sueing Federal Court for 500 Zillion Dollars for These 3 Judges Breed Violating The Law as appointed Judges. I want Every American Dollar from Federal Court, I don't play "Know" games and These 3 Judges Has Read what they saw and In The Bible it states Money Can Be The Root of All Evil in the New Testament 1 Timothy Chapter 6, V-10 And These 3 Judges Should Be remove from The Federal Court Benches Charge & prosecuted for corruption.

Jury Demand (YES) No ?'s

Sign by M.M. Shahid Montana R. A.K.A. A. Smith.

Just Like it say in The Good Book, Nail Can't Be Bribe,, I'm Not Nail, But I Can't Be Bribe Neither Peace Clove. Presidents of Presidents Son of Son's Famous REC

| Shahid Montana A. Smith | ID# 83733 |
|---|---|
| P/ Box 99 Pontiac Ill 61764 | Phone # 815 847-5018 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date  1-28-13

Offender Name  Smith T  ID#  N83733  Housing Unit  N-132

Pay to  President Mr Barack H Obama

Address  1600 Pennsylvania Ave NW

City, State, Zip  Washington D.C. 20500

The sum of ____1____ dollars and __30¢__ cents charged to my trust fund account, for the purpose of  Legal Envelope To Pres. Obama

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

**Insufficient Funds**

Offender Signature _____ ID#  N83733

Witness Signature _____  Send this back Soon in person

☐ Approved ☐ Not Approved Chief Administrative Officer Signature _____

Postage applied in the amount of __1__ dollars and __12__ cents.

Distribution: Business Office, Offender, Mail Room

priv

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date  2-19-2013

Offender Name  Smith R Shahid M  ID#  N83733  Housing Unit  N-132

Pay to  Federal Court Mr Thomas G Bruton

Address  Prisoner Cor. 219 South Dearborn

City, State, Zip  Chicago, ILL 60604

The sum of ____3____ dollars and __50¢__ cents charged to my trust fund account, for the purpose of  Legal mail going to Federal court

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID#  N83733

Witness Signature _____

☒ Approved ☐ Not Approved Chief Administrative Officer Signature _____

Postage applied in the amount of ____ dollars and ____ cents.

Distribution: Business Office, Offender, Mail Room

Legal Mail

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)